# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>v.<br><br>ALEX C. AINGER,<br><br>         Defendant. | Case No. 23-CR-53-JPS<br><br>**ORDER** |

  On March 21, 2023, the grand jury returned an Indictment charging Defendant Alex C. Aigner ("Defendant") with two counts of violating of 18 U.S.C. § 641. ECF No. 1. On July 12, 2023, the parties filed a plea agreement indicating that Defendant would plead guilty to Count One of the Indictment. ECF No. 15. The plea agreement further indicated the Government would move to dismiss the other count of the Indictment at the time of sentencing. *Id.* at 4.

  The parties appeared before Magistrate Judge Stephen C. Dries on July 21, 2023 to conduct a plea colloquy pursuant to Federal Rule of Criminal Procedure 11. ECF No. 16. Defendant entered a plea of guilty as to Count One of the Indictment. *Id.* After cautioning and examining Defendant under oath concerning each of the subjects mentioned in Rule 11, Magistrate Judge Dries determined that the guilty plea was knowing and voluntary, and that the offense charged was supported by an independent factual basis containing each of the essential elements of the offense. *Id*.

  The same day, Magistrate Judge Dries filed a Report and Recommendation with this Court, recommending that: (1) Defendant's plea

of guilty be accepted; (2) a presentence investigation report be prepared; and (3) Defendant be adjudicated guilty and have a sentence imposed accordingly. ECF No. 17. Pursuant to General Local Rule 72(c), 28 U.S.C. § 636(b)(1)(B), and Federal Rule of Criminal Procedure 59(b), the parties were advised that written objections to that recommendation, or any part thereof, could be filed within fourteen days of the date of service of the recommendation. *Id.* at 1–2. To date, no party has filed such an objection. The Court has considered Magistrate Judge Dries's recommendation and, having received no objection thereto, will adopt it.

Accordingly,

**IT IS ORDERED** that Magistrate Judge Stephen C. Dries's Report and Recommendation, ECF No. 17, be and the same is hereby **ADOPTED**.

Dated at Milwaukee, Wisconsin, this 10th day of August, 2023.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge